**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6343**

STANLEY LORENZO WILLIAMS,

Plaintiff - Appellant,

versus

RON STARLING; MARC SHARP; FRED GREGORY,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., Chief District Judge.  (1:02-cv-00014)

Submitted:  June 21, 2007                     Decided:  June 28, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Lorenzo Williams, Appellant Pro Se. David J. Adinolfi, II, Assistant Attorney General, Michael David Youth, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying Williams, Fed. R. Civ. P. 65 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Starling</u>, No. 1:02-cv-00014 (M.D.N.C. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>